# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL NO. 3:06cr00039-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | ORDER |
| BILLY LOVE, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Bond Review Hearing (Doc. No. 31), filed December 5, 2006. For the reasons stated in this Court's opinion in US v. Moffitt, 2006 WL 3240752 (W.D.N.C., November 7, 2006), Defendant's Motion is DENIED. Defendant must be detained because he has been found guilty of a "crime of violence" and is awaiting imposition of a sentence.

IT IS, THEREFORE, ORDERED that Defendant's Motion for Bond Review Hearing is DENIED.

Signed: December 28, 2006

Frank D. Whitney
United States District Judge